IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAILEY,<br><br>    Plaintiff,<br><br>  v.<br><br>AVIS BUDGET GROUP, AZHAR HASSAN, and AB CAR RENTAL SERVICES, INC,<br><br>    Defendants.<br>                                     / | No. C 12-01486 WHA<br><br>**ORDER TO SHOW CAUSE AND VACATING HEARING** |

On May 22, 2012, defendant AB Car Rental Services, Inc., filed a motion for judgment on the pleadings. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition was due June 5, 2012. None was filed. *Pro se* plaintiff Susan Bailey is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Plaintiff must file a written response by **JULY 2, 2012**. If no response is filed, defendant's motion may be granted. The motion hearing set for June 28, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE