IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN BAILEY,

    Plaintiff,

  v.

AVIS BUDGET GROUP, AZHAR HASSAN, and AB CAR RENTAL SERVICES, INC,

    Defendants.

No. C 12-01486 WHA

**ORDER TO SHOW CAUSE AND VACATING HEARING**

On May 22, 2012, defendant AB Car Rental Services, Inc., filed a motion for judgment on the pleadings. Pursuant to Civil Local Rule 7-3, plaintiff's opposition or statement of non-opposition was due June 5, 2012. None was filed. *Pro se* plaintiff Susan Bailey is hereby **ORDERED TO SHOW CAUSE** why the motion should not be granted for failure to oppose. Plaintiff must file a written response by **JULY 2, 2012**. If no response is filed, defendant's motion may be granted. The motion hearing set for June 28, 2012, is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: June 11, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE