**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAILEY, | No. C 12-01486 WHA |
| Plaintiff, | |
| v. | **ORDER FINDING GOOD CAUSE AND SETTING BRIEFING SCHEDULE AND HEARING DATE** |
| AVIS BUDGET GROUP, INC, AZHAR HASSAN, AB CAR RENTAL SERVICES, INC, | |
| Defendants. / | |

An order to show cause issued requiring *pro se* plaintiff Susan Bailey to show cause why defendant AB Car Rental Services, Inc., motion for judgment on the pleadings should not be granted for failure to oppose. Plaintiff timely responded stating she never received service of the motion. Defendant ABC Car Rental Services, Inc., responded stating it served plaintiff at 317 Commercial Avenue, #1, South San Francisco, California 94080. The docket now reflects (and plaintiff's response to the order to show cause reflects the same) that plaintiff's address is 1787 Adams Street, San Mateo, California 94403. Good cause is shown for plaintiff's failure to timely oppose the motion.

Defendant must promptly serve plaintiff at her current address and file a proof of service. Plaintiff's opposition brief is due **JULY 16, 2012.** The reply is due **JULY 23**. The motion hearing

will be **8:00 A.M. ON AUGUST 9, 2012**. Plaintiff must contact the Clerk's office and notify the Clerk of any change in her address.

**IT IS SO ORDERED.**

Dated: June 25, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2