IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN BAILEY,

    Plaintiff,

v.

AVIS BUDGET GROUP, AZHAR HASSAN, and AB CAR RENTAL SERVICES, INC.,

    Defendants.

No. C 12-01486 WHA

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court hereby **CONTINUES** the case management conference to **AUGUST 9, 2012, AT 8:00 A.M.**, immediately following hearing on defendant's motion for judgment on the pleadings.

**IT IS SO ORDERED.**

Dated: July 3, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE