United States District Court
For the Northern District of California

1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                       FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10    SUSAN BAILEY,

11            Plaintiff,                          No. C 12-01486 WHA

12    v.

13    AVIS BUDGET GROUP, AZHAR                    **ORDER CONTINUING CASE**
      HASSAN, and AB CAR RENTAL                   **MANAGEMENT CONFERENCE**
14    SERVICES, INC.,

15            Defendants.

16    _____/

17        The Court hereby CONTINUES the case management conference to AUGUST 9, 2012, AT

18    8:00 A.M., immediately following hearing on defendant's motion for judgment on the pleadings.

19

20        IT IS SO ORDERED.

21

22    Dated:  July 3, 2012.                       _____
                                                  WILLIAM ALSUP
23                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28