IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN BAILEY,

    Plaintiff,

  v.

AVIS BUDGET GROUP, INC, AZHAR HASSAN, and AB CAR RENTAL SERVICES, INC.,

    Defendants.

No. C 12-01486 WHA

**ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS**

A hearing was held today on defendant AB Car Rental Services, Inc.'s motion for judgment on the pleadings. Present at the hearing were counsel for defendant AB Car Rental Services, Inc. and plaintiff Susan Bailey, proceeding *pro se*. For the reasons stated at today's hearing, the motion for judgment on the pleadings is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE