**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAILEY, | No. C 12-01486 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING MOTION FOR JUDGMENT ON THE PLEADINGS** |
| AVIS BUDGET GROUP, INC, AZHAR HASSAN, and AB CAR RENTAL SERVICES, INC., | |
| Defendants. | |

A hearing was held today on defendant AB Car Rental Services, Inc.'s motion for judgment on the pleadings. Present at the hearing were counsel for defendant AB Car Rental Services, Inc. and plaintiff Susan Bailey, proceeding *pro se*. For the reasons stated at today's hearing, the motion for judgment on the pleadings is **DENIED**.

**IT IS SO ORDERED.**

Dated: August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE