IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN BAILEY,

    Plaintiff,

  v.

AVIS BUDGET GROUP, INC., AB CAR RENTAL SERVICES, INC., and AZHAR HASSAN,

    Defendants.

No. C 12-01486 WHA

**ORDER RE FILINGS ON OCTOBER 12, 2012**

On October 12, 2012, defendant AB Car Rental Services, Inc. filed three motions, variously styled as "Motion for Reconsideration of This Court's August 9, 2012, Order Denying AB Car Rental's Motion for Judgment on the Pleadings Pursuant to FRCP 12(c)," "Motion for Judgment on the Pleadings Reconsideration of the Court's August 9, 2012 Order Denying AB Car Rental's Motion for Judgment on the Pleadings," and "Motion for Reconsideration re [Docket Number] 29 Order on Motion for Judgment on the Pleadings Notice of Motion and Motion For Reconsideration of This Court's August 9, 2012, Order Denying AB Car Rental's Motion for Judgment on the Pleadings Pursuant to FRCP 12(c)." The motions appear to be identical or very similar. Defendant must file a statement specifying which docket number(s) reflects the operative motion. If there is more than one motion, defendant must indicate which portions are different from one brief to another. Defendant's response is due by **NOON ON TUESDAY OCTOBER 16, 2012.**

    **IT IS SO ORDERED.**

Dated: October 15, 2012.

                                     WILLIAM ALSUP
                                     UNITED STATES DISTRICT JUDGE