IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN BAILEY,<br><br>    Plaintiff,<br><br>  v.<br><br>AVIS BUDGET GROUP, ET AL.,<br><br>    Defendant.<br>                                         / | No. C 12-01486 WHA<br><br>**ORDER RE MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT** |

    Pro se plaintiff Susan Bailey filed a motion for leave to file an amended complaint, claiming that she has now exhausted administrative remedies before the DFEH. Plaintiff has appended a right to sue letter, but has not appended the charge filed with the DFEH. It is therefore impossible to determine what claims, if any, she has properly exhausted.

    Plaintiff is hereby ordered to file the DFEH charge with the Court. Plaintiff's filing must be received by the Court by **DECEMBER 19**. This is the deadline for *receipt* by the Court, not the postmarked-by deadline. Defendants may respond to plaintiff's filing by a supplemental brief, due by **DECEMBER 28**. Plaintiff may file a reply brief in support of her motion, and responding to defendants' filings, due by **JANUARY 7**.

    The hearing date, currently set for January 3, is hereby **CONTINUED TO JANUARY 17, 2013 AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: December 11, 2012.

                                                   WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE